UNITED STATES DISTRICT COURT

EASTERN     **District of**     CALIFORNIA

| | |
|---|---|
| CATHERINE SANCHEZ<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE NUMBER: 1:10-AT-595 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   16th   day of   August  ,   2010  .


                                        /s/ Sandra M. Snyder
                                        Signature of Judicial Officer

                                        SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer