Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Catherine Sanchez,<br>　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:10-cv-01477<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is January 18, 2011. The new due date will be February 17, 2011. The scheduling order should be modified accordingly.

Dated: January 18, 2011            /s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: January 18, 2011            BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By: /s/ Kathryn Reeves Watson
　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　KATHRYN REEVES WATSON
　　　　　　　　　　　　　　　　Special Assistant United States Attorney

　IT IS SO ORDERED.

　**Dated:　January 19, 2011**            **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE