BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
      E-Mail:  Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CATHERINE SANCHEZ,         ) | |
|                                      ) | Case No. 1:10-CV-1477-AWI-DLB |
|     Plaintiff,                   ) | |
|                                      ) | STIPULATION AND ORDER |
|         v.                      ) | TO EXTEND TIME |
|                                      ) | |
| MICHAEL J. ASTRUE,        ) | |
| Commissioner of                    ) | |
| Social Security,                     ) | |
|                                    ) | |
|     Defendant.                 ) | |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 15) be extended 30-days from April 25, 2011 to May 25, 2011. This is Defendant's first request to extend.

\\

\\

\\

\\

\\

\\

\\

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: April 25, 2011        */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: April 25, 2011        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By   */s/ Kathryn Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **April 26, 2011**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE